IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-02659-NYW-KAS
    Consolidated with Civil Action No. 24-cv-02940-NYW-KAS

IAN DECKER,

    Plaintiff,

and

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

    Consol Plaintiff,

v.

AMER SPORTS WINTER & OUTDOOR COMPANY,

    Defendant.

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. Proc. 41(a)(1), Plaintiff Ian Decker and Amer Sports Winter and Outdoor Company, through their undersigned counsel, hereby stipulate to the voluntary dismissal of Plaintiff Decker's claims, with prejudice. Both parties shall bear their respective fees and costs.

Respectfully submitted this 5th day of February 2026.

*/s/ Diane S. King*
Diane S. King
Marianna McLean
King Employment Law
1670 York Street
Denver, CO 80206
303-479-3997
king@kingemploymentlaw.com
mclean@kingemploymentlaw.com

*Attorneys for Plaintiff*

*/s/ Brittney T. Bulawa*
Andrew K. Lavin
Brittney T. Bulawa
555 17th Street, Suite 3400
Denver, CO 80202
303-534-5160
alavin@grsm.com
bbulawa@grsm.com

Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on February 5, 2026, I electronically filed the foregoing **STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** with the Clerk of the Court using the CM/ECF system, which will effect service on all attorneys of record and all other persons who have requested electronic service in this action.

*/s/ Kayla Smith*
Kayla Smith, Paralegal