# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-02659-NYW-KAS
    Consolidated with Civil Action No. 24-cv-02940-NYW-KAS

IAN DECKER,

    Plaintiff,

and

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

    Consol Plaintiff,

    v.

AMER SPORTS WINTER & OUTDOOR COMPANY,

    Defendant.

## JOINT MOTION FOR ENTRY OF CONSENT DECREE

The Parties, through their respective counsel and pursuant to D.C.COLO.LCivR. 41.2, jointly move for entry of the Consent Decree, filed as Exhibit A to this motion, and for administrative closure, subject to the terms of the Consent Decree. As grounds for this motion, the Parties state as follows:

1. The Consent Decree has been signed by all parties.

2. The Parties believe that all issues in this case are resolved by the Consent Decree, including all claims for monetary, injunctive, and equitable relief.

3. The Parties stipulate that the Consent Decree is fair, reasonable, and equitable; is not a product of collusion; and does not violate the public

interest. This Consent Decree was achieved after arms-length negotiations between the Parties, including a mediation on December 15, 2025.

4. The Parties have reached agreement on the monetary and non-monetary terms included in the Consent Decree.

5. Each Party shall bear its own attorney fees and costs, except as outlined in Paragraph 12 of the Consent Decree.

6. Upon entry of the Consent Decree as an Order of the Court, the Parties move for the administrative closure of this case pursuant to D.C.COLO.LCivR 41.2, including termination with prejudice of all claims and any pending motions, subject to the terms of the Consent Decree, which include this Court retaining jurisdiction during the two-year term of the Consent Decree.

WHEREFORE, the Parties respectfully request that the Court sign and enter the Consent Decree, filed concurrently herewith, and administratively close the present action following entry and subject to the terms of the Consent Decree.

Respectfully submitted February 12, 2026,

| | |
|---|---|
| s/ *Carey DeGenaro*<br>Carey DeGenaro<br>Equal Employment Opportunity Commission<br>Denver Field Office<br>950 17th Street, Ste. 300<br>Denver, CO 80202<br>carey.degenaro@eeoc.gov<br><br>*ATTORNEY FOR PLAINTIFF EEOC* | s/ *Brittney T. Bulawa*_____<br>Brittney T. Bulawa<br>Andrew K. Lavin<br>Gordon Rees Scully Mansukhani, LLP<br>555 17th Street, Suite 3400<br>Denver, CO 80202<br>303-534-5160<br>alavin@grsm.com<br>bbulawa@grsm.com<br><br>*ATTORNEYS FOR DEFENDANTS* |

/s/ *Diane S. King*___
Diane S. King
Marianna McLean
King Employment Law
1670 York Street
Denver, CO 80206
303-4793997
king@kingemploymentlaw.com
mclean@kingemploymentlaw.com

*ATTORNEYS FOR PLAINTIFF IAN DECKER*

### CERTIFICATE OF SERVICE (CM/ECF)

    I hereby certify that on February 12, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will electronically serve all attorneys of record. Under D.C.COLO.LCivR 5.1(d), "[t]he Notice of Electronic Filing (NEF) generated by CM/ECF constitutes a certificate of service."

                                                       s/ *Carey DeGenaro*_____
                                                       Attorney for Plaintiff EEOC